# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CABLECOM TAX SERVICES, INC. | § | |
| d/b/a PROPERTY TAX ACCOUNTING | § | |
| | § | |
| v. | § | Case No. 4:11-CV-00743 |
| | § | Judge Schneider/Judge Mazzant |
| SHENANDOAH TELECOMMUNICATIONS | § | |
| COMPANY, ET. AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 7, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Shenandoah Telecommunication Company, et. al.'s Motion to Dismiss or, In the Alternative, To Transfer Venue and For a More Definite Statement (Dkt. #15) should be granted.

The Court, having made a *de novo* review of Plaintiff's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Shenandoah Telecommunication Company, et. al.'s Motion to Dismiss or, In the Alternative, To Transfer Venue and For a More Definite Statement

(Dkt. #15) is **GRANTED**, and Plaintiff's claims are dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 24th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE